UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 DEC 19 PM 3: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BERNABE ZARAGOZA-JUAREZ (01),<br><br>                    Defendant. | CASE NO. 11CR4754-AJB<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

    21:841(a)(1); 18:2 - Possession of Methamphetamine with Intent to

    Distribute; Aiding and Abetting (Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/16/11

_____
ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE